**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 558 MAL 2018

           Respondent                :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

           v.                        :

                                       :

BRIAN MAURICE CUNNINGHAM,        :

                                       :

           Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is

**DENIED**.